FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2220-L |
| ) | |
| Plaintiff, ) | **I N F O R M A T I O N** |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Misdemeanor); |
| HIGINIO REYES-LOPEZ, ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony) |
| Defendant. ) | |
| ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about _6-4-08_, within the Southern District of California, defendant HIGINIO REYES-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CJB:kmm:San Diego
6/17/08

<u>Count 2</u>

On or about June 6, 2008, within the Southern District of California, defendant HIGINIO REYES-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 7/3/08

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney